IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| YVONNE FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CV 06-0409-EJL |
| vs. | ) | |
| | ) | |
| STAR JOINT FIRE PROTECTION | ) | ORDER |
| DISTRICT, KEVIN COURTNEY, STEVE | ) | |
| DONAHUE, CHRISTOPHER HEAD, | ) | |
| JOE MOYLE, VAL HANSEN and | ) | |
| STEVE EDGAR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Currently pending before the Court is Defendants' Motion to Extend Time Within Which to Participate in ADR Conference (Docket No. 18), supported by the Affidavit of James J. Davis (Docket No. 18-2). Plaintiff has not filed any response or opposition to the Motion and the time for doing so has now passed. For this reason, and because good cause appears in the moving papers to grant Defendants' Motion;

**IT IS HEREBY ORDERED** that

1. Defendants' Motion to Extend Time Within Which to Participate in ADR Conference (Docket No. 18) is GRANTED.

2. The deadline of June 13, 2007 for the parties to participate in alternative dispute resolution ("ADR"), contained in the January 9, 2007 Scheduling Order (Docket No. 7), is extended to thirty (30) days after the District Court or this Court enters an order ruling on the last-filed dispositive motion. If no dispositive motions are

ORDER - 1

filed by the September 11, 2007 deadline, the parties shall participate in ADR on or before October 8, 2007.



DATED: **June 28, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

ORDER - 2